■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND COPELAND, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2),

for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during pendency of a direct appeal from the judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257). Mahoney, P. J., Sweeney, Kane, Main and Levine, JJ., concur.